IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **VALENCELL, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**BRAGI STORE, LLC,**<br>**BRAGI NORTH AMERICA, LLC, and**<br>**BRAGI GMBH,**<br><br>Defendants. | Case No. 5:16-cv-895-D<br><br>Judge James C. Dever, III<br><br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS BRAGI STORE, LLC, BRAGI NORTH AMERICA, LLC, AND BRAGI GMBH'S MOTION TO STAY THE CASE PENDING RESOLUTION OF *INTER PARTES* REVIEW PROCEEDINGS**

Defendants Bragi Store LLC, Bragi North America LLC, and Bragi GMBH (collectively "Bragi") respectfully move this Court for an order to stay these proceedings pending at least the final, non-appealable resolution of the petitions for *inter partes* review of U.S. Patent Nos. 8,923,941 and 8,929,965, which were filed by Apple Inc. and which were instituted by the U.S. Patent and Trademark Appeal Board on June 6, 2017, and on June 2, 2017, respectively. In support of this motion, Bragi relies on the accompanying brief, and the attached Declaration of Kelly Margolis Dagger and exhibits.

Dated: July 20, 2017                                Respectfully submitted,

ELLIS & WINTERS LLP
/s/ Paul K. Sun, Jr.
Paul K. Sun, Jr.
N.C. State Bar No. 16847
Kelly Margolis Dagger
N.C. State Bar No. 44329
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Telecopy: (919) 865-7010
paul.sun@elliswinters.com
kelly.dagger@elliswinters.com

WILLIAM C. BERGMANN
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861- 1783
wbergmann@bakerlaw.com

*COUNSEL FOR DEFENDANTS*
*BRAGI STORE, LLC, BRAGI*
*NORTH AMERICA, LLC,*
*AND BRAGI GMBH*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2017, the foregoing document has been filed electronically via the Court's CM/ECF system, which will send notification of such filing to all counsel of record:

Jeffrey R. Bragalone
Brian P. Herrmann
Jonathan H. Rastegar
Patrick J. Conroy
BRAGALONE CONROY PC
220 Ross Avenue, Suite 4500W
Dallas, Texas 75201

Peter D. Siddoway
Lynne A. Borches
SAGE PATENT GROUP
4242 Six Forks Road, Suite 1550
Raleigh, NC 27609

ELLIS & WINTERS LLP

/s/ Paul K. Sun Jr.
Paul K. Sun Jr.