IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **VALENCELL, INC.,**<br><br>  Plaintiff,<br><br>v.<br><br>**BRAGI STORE, LLC,**<br>**BRAGI NORTH AMERICA, LLC, and**<br>**BRAGI GMBH,**<br><br>  Defendants. | Case No. 5:16-cv-895-D<br><br>Judge James C. Dever, III<br><br><br>**[PROPOSED] ORDER GRANTING**<br>**MOTION TO STAY** |

This matter comes before the Court on the motion of Defendants Bragi Store LLC, Bragi North America LLC, and Bragi GMBH (collectively "Bragi") to stay all proceedings pending the resolution of the petitions for *inter partes* review of U.S. Patent Nos. 8,923,941 and 8,929,965, which were filed by Apple Inc., and instituted by the U.S. Patent and Trademark Appeal Board on June 6, 2017, and June 2, 2017, respectively. In its discretion, the Court finds that the motion should be GRANTED. All proceedings in this case are hereby stayed pending the resolution of the above-referenced *inter partes* review proceedings.

  IT IS SO ORDERED.

  This the ___ day of _____, 2017.

  _____
  JAMES C. DEVER III
  Chief United States District Judge